VAN–004 Order for Payment of Filing Fees in Installments – Rev. 01/13/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Thomas Gregory Doucette  
32 Dansey Cir. Apt O  
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

### ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the debtor(s) pay the filing fees still owing, in the amount of $310.00, within fourteen (14) days following the date first set for the meeting of creditors called pursuant to 11 U.S.C. § 341, or as otherwise ordered by the court upon appropriate motion for extension and for cause shown.

IT IS FURTHER ORDERED that all payments be made as follows:

Clerk, U.S. Bankruptcy Court  
P.O. Box 791  
Raleigh, NC 27602

The debtor(s) shall not make further payments to an attorney or to any other person who renders services to the debtor in connection with this case, until all filing fees have been paid in full.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 1006–1(d), EDNC, the debtor(s) and the attorney for the debtor(s) is responsible for knowing the amount of the payment and date the payment is due. No reminders will be provided from the court of the date due. If the debtor fails to make the payment as scheduled, after hearing on notice, the court may deny the debtor's discharge or dismiss the case.

DATED: October 27, 2017

David M. Warren  
United States Bankruptcy Judge