## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-05250-5-DMW |
| | ) | |
| THOMAS GREGORY DOUCETTE | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### MOTION TO CONTINUE 341 MEETING OF CREDITORS

NOW COMES the Debtor, by and through his undersigned attorney, and moves the Court for an Order continuing the Debtor's Section 341 Meeting of Creditors from December 4, 2017. In support thereof, the Debtor show as follows:

1. The Debtor filed the above captioned Chapter 13 Bankruptcy case on October 26, 2017.
2. By notice dated October 26, 2017, the Meeting of Creditors was scheduled for December 4, 2017.
3. Counsel for the Debtor has an appearance in an unrelated matter in the Sampson County District Court, a date that had been agreed prior this chapter 13 case being filed.
4. The meeting of creditors has not been previously continued, and continuance thereof would not be unfairly prejudicial to other parties.

WHEREFORE, the Debtor respectfully moves the Court as follows:

1. For an order continuing the Debtor's 341 Meeting of Creditors, to a forthcoming date as set by the court; and
2. For such other relief as the Court deems just and proper.

Respectfully submitted, this the 5th day of September, 2017

s/ Erich M. Fabricius
_____
Erich M. Fabricius, NC State Bar No. 39667
Attorney for the Debtor
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001    Fax: 919-890-3833
Email: emf@fabriciuslaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the attached motion, was served this day on the following parties:

John F. Logan
Chapter 13 Trustee
(electronic notice via CM/ECF)

This 5th day of September 2017

s/ Erich M. Fabricius