**VAN–077** Order Continuing 341 Meeting of Creditors – Rev. 06/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Thomas Gregory Doucette
( _known aliases_: T. Greg Doucette, Greg Doucette )
32 Dansey Cir. Apt O
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Thomas Gregory Doucette is continued.

DATE:  Tuesday, December 12, 2017
TIME:  10:30 AM
PLACE: 300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: November 6, 2017

David M. Warren
United States Bankruptcy Judge