United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                               Case No. 17-05250
Thomas Gregory Doucette                                              Chapter 13
        Debtor

# CERTIFICATE OF SERVICE

District/off: 0417-c          User: 1010          Page 1 of 1          Date Rcvd: Nov 07, 2017
                              Form ID: van-077    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Nov 08, 2017.
db        Thomas Gregory Doucette,   32 Dansey Cir. Apt O,   Durham, NC 27713-6281
tr        John F. Logan,   Office Of The Chapter 13 Trustee,   PO Box 61039,   Raleigh, NC 27661-1039
2         American Express,   P.O. Box 98135,   El Paso, TX 79998-1535
3         American Express,   c/o Zwicker & Associates PC,   PO Box 481918,   Charlotte, NC 28269-5318
4         Applied Bank,   PO Box 70165,   Philadelphia, PA 19176-0165
5         BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
6         Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
7         First Citizens Bank,   PO Box 28203,   Raleigh, NC 27611-8203
8         Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
9         NC Department of Revenue,   Office Services Division,   Bankruptcy Unit,   P.O. Box 1168,
          Raleigh, NC 27602-1168
10        Navient,   US Department of Education Loan Servicin,   PO Box 9635,   Wilkes-Barre, PA 18773-9635
11        Navy Federal Credit Union,   PO Box 3000,   Merrifield, VA 22119-3000
12        Sallie Mae,   PO Box 8459,   Philadelphia, PA 19101-8459
13        Southeast Toyota Finance,   PO Box 991817,   Mobile, AL 36691-8817
14        Synchrony Financial,   PO Box 960061,   Orlando, FL 32896-0061

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of
Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best
of my information and belief.**

**Date: Nov 08, 2017**                    **Signature:**    Joseph Speetjens

**VAN–077** Order Continuing 341 Meeting of Creditors – Rev. 06/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Thomas Gregory Doucette
 ( *known aliases*: **T. Greg Doucette, Greg Doucette** )
32 Dansey Cir. Apt O
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Thomas Gregory Doucette is continued.

DATE:      Tuesday, December 12, 2017
TIME:       10:30 AM
PLACE:     300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: November 6, 2017

David M. Warren
United States Bankruptcy Judge