UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-05250-5-DMW |
| | ) | |
| THOMAS GREGORY DOUCETTE | ) | CHAPTER 13 |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO EXTEND THE TIME TO FILE SCHEDULES AND STATEMENTS

NOW COMES the Debtor, by and through his undersigned attorney, and moves the Court for an Order extending the time in which to file his schedules and statements and chapter 13 plan. In support thereof, the Debtor shows as follows:

1. The Debtor filed an accelerated chapter 13 petition on October 26, 2017.
2. The Debtor is self employed, and the process of generating financial statements needed to support completion of the schedules and statements has taken longer than anticipated.
3. A short extension of time until November 20, 2017 will provide adequate time for the Debtor to review, sign, and file the remaining schedules and statements.
4. The present deadline for filing the remaining schedules and statements is November 9, 2017, and such time has not past.
5. The Debtor has made his first plan payment, and is current on the proposed plan.
6. The Meeting of Creditors in this case is scheduled for December 12, 2017, as it was continued by previous order of the Court for unrelated reasons. Schedules being filed by November 20, 2017 will still provide three weeks for review prior to the Meeting.

WHEREFORE, the Debtor respectfully moves the Court as follows:

1. For an order extending the time in which to file his remaining schedules and statements to November 20, 2017; and
2. For such other relief as the Court deems just and proper.

Respectfully submitted, this the 9th day of November, 2017

                                                s/ Erich M. Fabricius
                                                Erich M. Fabricius, NC State Bar No. 39667
                                                Attorney for Debtor
                                                Fabricius & Fabricius PLLC
                                                P.O. Box 1230, Knightdale, NC 27545-1230
                                                Telephone: 919-295-6001     Fax: 919-890-3833
                                                Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached motion to extend time, was served this day on the following parties by electronic notice via CM/ECF:

John F. Logan
Chapter 13 Trustee

This 9th day of November 2017

                                                    s/ Erich M. Fabricius