United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                          Case No. 17-05250-DMW
Thomas Gregory Doucette                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: brock_an          Page 1 of 1          Date Rcvd: Nov 07, 2017
                             Form ID: van077          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: greg@tgdlaw.com Nov 08 2017 02:20:22     Thomas Gregory Doucette,
                32 Dansey Cir. Apt O,    Durham, NC 27713-6281
smg            +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Nov 08 2017 02:20:57      Bankruptcy Administrator,
                Two Hannover Square, Ste. 640,   434 Fayetteville Street,   Raleigh, NC 27601-1701
                                                                                        TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Debtor Thomas Gregory Doucette emf@fabriciuslaw.com,
                ecf+fablaw@bkccn.com
              John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com
                                                                                        TOTAL: 2

VAN–077 Order Continuing 341 Meeting of Creditors – Rev. 06/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Thomas Gregory Doucette
 ( *known aliases*: **T. Greg Doucette, Greg Doucette** )
32 Dansey Cir. Apt O
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

## ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Thomas Gregory Doucette is continued.

DATE:       Tuesday, December 12, 2017
TIME:       10:30 AM
PLACE:      300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: November 6, 2017

David M. Warren
United States Bankruptcy Judge