UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                               )          Case No. 17-05250-5-DMW
                                                                          )
THOMAS GREGORY DOUCETTE              )          CHAPTER 13
                              Debtor.                     )
_____)

### SECOND MOTION TO EXTEND THE TIME TO FILE SCHEDULES AND STATEMENTS

NOW COMES the Debtor, by and through his undersigned attorney, and moves the Court for an Order extending the time in which to file his schedules and statements and chapter 13 plan. In support thereof, the Debtor shows as follows:

1. The Debtor filed an accelerated chapter 13 petition on October 26, 2017.
2. The Debtor is self employed, and the process of generating financial statements needed to support completion of the schedules and statements has taken longer than anticipated.
3. The present deadline for filing the remaining schedules and statements is November 20, 2017, and such time has not past.
4. A further extension of time until November 30, 2017 will provide adequate time for the Debtor to review, sign, and file the remaining schedules and statements.
5. The Debtor has made his first plan payment, and is current on the proposed plan.

WHEREFORE, the Debtor respectfully moves the Court as follows:

1. For an order extending the time in which to file his remaining schedules and statements to November 30, 2017; and
2. For such other relief as the Court deems just and proper.

Respectfully submitted, this the 20th day of November, 2017

        s/ Erich M. Fabricius
        Erich M. Fabricius, NC State Bar No. 39667
        Attorney for Debtor
        Fabricius & Fabricius PLLC
        P.O. Box 1230, Knightdale, NC 27545-1230
        Telephone: 919-295-6001       Fax: 919-890-3833
        Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached motion to extend time, was served this day on the following parties by electronic notice via CM/ECF:

John F. Logan
Chapter 13 Trustee

This 20th day of November 2017

                                              s/ Erich M. Fabricius