UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-05250-5-DMW |
| | ) | |
| THOMAS GREGORY DOUCETTE | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF FILING FEE PAYMENT SCHEDULE

NOW COMES the Debtor, by and through his undersigned attorney, and moves the Court for an Order extending the time for paying the chapter 13 filing fee by installments, pursuant to Bankruptcy Rule 1006(b) and Local Rule 1006-1(c). In support thereof, the Debtor show as follows:

1. The Debtor filed the above captioned Chapter 13 Bankruptcy case on October 26, 2017.
2. The Court granted installment payments for the filing fee by order dated October 27, 2017. Pursuant to such order, the fee is due December 18, 2017, a deadline that had not yet past.
3. The Debtor had unexpected difficulty getting the filing fee to the court, but will be able to later this week.
4. The Debtor proposes paying the filing fee in one installment of $310.00 on or before December 21, 2017. Such payment would fall within the 120-day period specified in Rule 1006(b)(2), which runs to February 23, 2018 in this case.

WHEREFORE, the Debtor respectfully moves the Court as follows:

1. For an order extending the time to pay the chapter 13 filing fee, providing that it be due in one installment of $310.00 or before December 21, 2017; and
2. For such other relief as the Court deems just and proper.

Respectfully submitted, this the 18th day of December, 2017

s/ Erich M. Fabricius
Erich M. Fabricius, NC State Bar No. 39667
Attorney for the Debtor
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001     Fax: 919-890-3833
Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached motion, was served this day on the following parties:

John F. Logan
Chapter 13 Trustee
(electronic notice via CM/ECF)

This 18th day of December, 2017

                                                                          s/ Erich M. Fabricius