**SO ORDERED.**

**SIGNED this 20 day of December, 2017.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-05250-5-DMW |
| | ) | |
| THOMAS GREGORY DOUCETTE | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### ORDER EXTENDING FILING FEE PAYMENT SCHEDULE

THIS MATTER came before the Court upon the Motion of the Debtor to establish an extended schedule for paying the chapter 13 filing fee by installments. The Court has determined that such Motion should be allowed for good cause shown.

THEREFORE, IT IS HEREBY ORDERED AND DECREED that the Debtor is granted an extension in time to pay the chapter 13 filing fee, which shall now be due in one installment of $310.00 on or before December 21, 2017.

**END OF DOCUMENT**