United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Thomas Gregory Doucette  
     Debtor

Case No. 17-05250-DMW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-5    User: gibson_ai    Page 1 of 1    Date Rcvd: Dec 20, 2017  
                   Form ID: pdf014    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db        +E-mail/PDF: greg@tgdlaw.com Dec 21 2017 01:56:43    Thomas Gregory Doucette,  
        32 Dansey Cir. Apt O,   Durham, NC 27713-6281  
                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:  
        Erich M. Fabricius   on behalf of Debtor Thomas Gregory Doucette emf@fabriciuslaw.com,  
         ecf+fablaw@bkccn.com  
        John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com  
                                                                                                                                           TOTAL: 2

**SO ORDERED.**

**SIGNED this 20 day of December, 2017.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-05250-5-DMW |
| | ) | |
| THOMAS GREGORY DOUCETTE | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER EXTENDING FILING FEE PAYMENT SCHEDULE

THIS MATTER came before the Court upon the Motion of the Debtor to establish an extended schedule for paying the chapter 13 filing fee by installments. The Court has determined that such Motion should be allowed for good cause shown.

THEREFORE, IT IS HEREBY ORDERED AND DECREED that the Debtor is granted an extension in time to pay the chapter 13 filing fee, which shall now be due in one installment of $310.00 on or before December 21, 2017.

**END OF DOCUMENT**