United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Thomas Gregory Doucette  
     Debtor

Case No. 17-05250-DMW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: brock_an     Page 1 of 1     Date Rcvd: Feb 02, 2018  
                  Form ID: van103     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db         +E-mail/PDF: greg@tgdlaw.com Feb 03 2018 02:19:46      Thomas Gregory Doucette,  
        32 Dansey Cir. Apt O,    Durham, NC 27713-6281  
smg         E-mail/Text: cio.bncmail@irs.gov Feb 03 2018 02:20:03      Internal Revenue Service,  
        Insolvency Support Services,    320 Federal Place, Room 335,    Greensboro, NC 27401  
                                                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:  
        Erich M. Fabricius    on behalf of Debtor Thomas Gregory Doucette emf@fabriciuslaw.com,  
         ecf+fablaw@bkccn.com  
        John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com  
                                                                                                                                   TOTAL: 2

VAN–103 Order Confirming Chapter 13 Plan – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Thomas Gregory Doucette
 ( *known aliases*: T. Greg Doucette, Greg Doucette )
32 Dansey Cir. Apt O
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the chapter 13 trustee's motion for confirmation; and

IT APPEARING to the court that notice of the motion for confirmation was served on all interested parties to this case and no objections were filed or, if filed, have been resolved by separate order; and

That all other terms of the proposed plan remain as indicated in the trustee's motion.

NOW THEREFORE, IT IS HEREBY ORDERED:

That the plan in the above referenced case as noticed by the trustee is confirmed;

The trustee is directed to make payment of commissions and expenses to the trustee and fees and costs to the debtor's attorney, Erich M. Fabricius , in the amount of $4,500.00 as reasonable compensation, of which the sum $500.00 was paid prior to the filing of this case. The balance of $4,000.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 20 days of entry of this order.

That the trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; That the trustee make a final report and file a final account of the administration of the estate with the court; That the debtor(s) shall not transfer any interest in real property without prior approval of the court; That this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: February 2, 2018

David M. Warren
United States Bankruptcy Judge