**VAN–049** Order Authorizing Additional Attorney Fees 08/30/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Thomas Gregory Doucette  
32 Dansey Cir. Apt O  
Durham, NC 27713

CASE NO.: 17–05250–5–DMW

DATE FILED: October 26, 2017

CHAPTER: 13

ORDER AUTHORIZING ADDITIONAL ATTORNEY FEES

This matter comes before the court upon the application of the debtor's attorney for approval of an additional attorney fee pursuant to Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016–1(a).

The court finds that a copy of the application was served upon the debtor and trustee, and that just cause exists to grant the application.

IT IS THEREFORE ORDERED that the debtor's attorney is hereby awarded an additional attorney fee in the sum of $250.00. The trustee is hereby directed to modify the Chapter 13 plan either to extend the duration of the plan to a maximum of 60 months from the date of confirmation or to increase the monthly amount of the plan in order to provide the funds necessary to pay this additional attorney fee. In the event that the Chapter 13 plan cannot be extended and the debtor has no additional disposable income to pay for those fees, then the trustee is authorized to pay those fees from the confirmed plan payments.

DATED: December 13, 2019

David M. Warren  
United States Bankruptcy Judge