UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
THOMAS GREGORY DOUCETTE  
32 DANSEY CIR. APT O  
DURHAM, NC 27713

CASE NO: 17-05250-5-DMW  
CHAPTER 13

DEBTOR

## NOTICE OF CHANGE IN CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, John F. Logan, pursuant to Local Rule 2016-1(a), and hereby notifies the debtor and counsel for the debtor of a change to the Chapter 13 Plan.

An Order was entered on December 13, 2019, allowing additional attorney fees or other expenses in the amount of $250.00. The Trustee cannot extend the plan to include the allowed fees and Trustee commissions thereon. Accordingly, an increase in the Chapter 13 Plan payment is required to accommodate payment of the allowed fees and commissions.

Therefore, beginning with the payment due February 01, 2020, the Chapter 13 Plan payment will increase to $1,058.00. Accordingly, pursuant to the Order, the plan base is hereby modified to be $62,964.00.

DATED: December 16, 2019

*/s/ John F. Logan*  
John F. Logan  
Chapter 13 Trustee  
PO Box 61039  
Raleigh, NC 27661-1039  
(919) 876-1355

## CERTIFICATE OF SERVICE

    I, Cindy Todd, certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that a true and correct copy of the NOTICE OF CHANGE IN CHAPTER 13 PLAN was served upon the debtor at the address listed above and counsel for the debtor via electronic transmission, pursuant to Local Rule 5005-4(9)(b).

    I certify under penalty of perjury that the foregoing is true and correct.

DATED:  December 16, 2019

                                                      /s/ *Cindy Todd*
                                                      Cindy Todd
                                                      Case Administrator