# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

CASE NO.: 17-05250-5-DMW
CHAPTER 13

IN RE:
THOMAS GREGORY DOUCETTE
311 E. MAIN ST
DURHAM, NC 27701-3717

DEBTOR

## TRUSTEE'S MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtor is delinquent in the amount of $3,128.00 or 2.96 payments.

**WHEREFORE,** based upon the foregoing, and such other causes that may arise between the date of this Motion and the date of any hearing hereon, this case should be dismissed pursuant to 11 U.S.C. §1307, and the Trustee also respectfully requests that the Court grant to the Trustee any other relief the Court deems just and proper.

DATED: December 16, 2021

/s/ John F. Logan
John F. Logan
Chapter 13 Standing Trustee
Eastern District of North Carolina
NC State Bar No. 12473
PO Box 61039
Raleigh, NC 27661-1039
Telephone: (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

CASE NO.: 17-05250-5-DMW
CHAPTER 13

IN RE:
THOMAS GREGORY DOUCETTE

DEBTOR

## NOTICE OF MOTION

John F. Logan, Chapter 13 Trustee has filed papers with the Court to dismiss this case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consul

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the Motion, then within twenty-one (21) days of this Notice, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

US Bankruptcy Court
Eastern District of North Carolina
PO Box 791
Raleigh, NC 27602

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within twenty-one (21) days of this Notice.

If a response and a request for hearing is filed timely, a hearing will be conducted on the Motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

DATED:  December 16, 2021

/s/ *John F. Logan*
John F. Logan
Chapter 13 Standing Trustee
Eastern District of North Carolina
NC State Bar No. 12473
PO Box 61039
Raleigh, NC 27661-1039
Telephone: (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

CASE NO.: 17-05250-5-DMW
CHAPTER 13

IN RE:
THOMAS GREGORY DOUCETTE

DEBTOR

## CERTIFICATION OF SERVICE

I, Pam Cason, of PO Box 61039, Raleigh, NC 27661-10139, do certify:

That I am, and at all times hereinafter mentioned was, more than eighteen(18) years of age; and

That I have this day served copies of the foregoing Trustee's Motion to Dismiss and Notice of Motion on the parties listed below by depositing a copy of same in the United States mail bearing sufficient postage, or if such interested party is a Filing User, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  December 16, 2021

/s/Pam Cason
Case Administrator


*By U.S. Mail:*

DEBTOR
THOMAS GREGORY DOUCETTE
311 E. MAIN ST
DURHAM,  NC  27701-3717

*By CM/ECF:*

ATTORNEY FOR DEBTOR
ERICH M. FABRICIUS
FABRICIUS & FABRICIUS PLLC
PO BOX 1230
KNIGHTDALE,  NC  27545-1230