**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE:<br>THOMAS GREGORY DOUCETTE<br>311 E. MAIN ST<br>DURHAM, NC 27701-3717 | CASE NO: 17-05250-5-DMW<br>CHAPTER 13 |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby **WITHDRAWS** his Trustee's Motion to Dismiss. grounds for said Motion are no longer applicable.

DATED: January 05, 2022

>  /s/ John F. Logan
>  JOHN F. LOGAN
>  CHAPTER 13 TRUSTEE

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Withdrawal Of Trustee's Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission pursuant to Local Rule 5005-4(9)(b).

DATED: January 05, 2022

>  /s/ Pam Cason
>  Case Administrator