UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE: Thomas Gregory Doucette          Case Number: 17-05250-5-DMW

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS, DISCHARGES IN PRIOR CASES, AND SECTION 522(q)

(1) I have not received a discharge in a bankruptcy case filed under chapter 7, 11, or 12 during the four year period preceding the date of the order for relief under this chapter (which is the date on which the petition in this case was filed); and I have not received a discharge in a case filed under chapter 13 during the two year period preceding the date of the order for relief.

**Part I.    Certification Regarding Domestic Support Obligations**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

(2)    (must check one box in this section)

☑ I am not required, by a judicial or administrative order or by statute, to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A); OR

☐ I am required, by a judicial or administrative order or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A); and all amounts payable under such order or statute that are due on or were due before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.

**Part II.    Certification Regarding Section 522(q)** (check no more than one box in this section)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350 in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350 in value in the aggregate.

I declare under penalty of perjury that the foregoing certifications are true and correct.

Executed on

1 November 2022
Date                                              Debtor